UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XRPV XI CITY PLACE LONG BEACH, L.L.C.,<br><br>      Plaintiff,<br>v.<br><br>TEMEKA BYARS, JAMES DOWNEY and DOES 1 TO 10 inclusive,<br><br>      Defendants. | No. CV 15-2514 SJO (FFMx)<br><br>ORDER SUMMARILY REMANDING ACTION TO STATE COURT |

  The Court will remand this action to state court summarily because defendant removed it improperly.

  On April 6, 2015, defendant James Downey, having been sued in what appears to be a routine unlawful detainer action in California state court (Los Angeles Superior Court Case No. 15F00981), filed a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*.

  The Court has denied the *in forma pauperis* application under separate cover because the Court lacks jurisdiction over the action. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

  Simply stated, as the Court previously determined, plaintiff's unlawful detainer action does not raise any federal legal question, and defendant's anticipated federal law defenses cannot confer federal question jurisdiction. *See* 28 U.S.C. § 1331, 1441(a); *see*

*also Vaden v. Discover Bank*, 556 U.S. 49, 60-61, 129 S. Ct. 1262, 173 L. Ed. 2d 206 (2009). Furthermore, even if complete diversity of citizenship existed, the amount in controversy does not exceed the diversity jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the Complaint recites that the amount in controversy does not exceed $10,000. Therefore, removal was improper. *See* 28 U.S.C. § 1441(a)-(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, Long Beach Courthouse, 275 Magnolia Avenue, Long Beach, California 90802, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: April 21, 2015.

_____
S. JAMES OTERO
United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
  FREDERICK F. MUMM
United States Magistrate Judge